Decided March 5, 1992

NORTHEAST SAVINGS, F. A. *v.*
KENNETH SCHWARTZ ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 26 Conn. App. 934, is denied.

*Kerry M. Wisser,* in support of the petition.

*Gerald L. Garlick,* in opposition.

Decided March 5, 1992

POMPEI RESTAURANT, INC., ET AL. *v.* DEPARTMENT
OF LIQUOR CONTROL ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 26 Conn. App. 939, is denied.

*Frank A. Leone,* in support of the petition.

*Robert F. Vacchelli,* assistant attorney general, in opposition.

Decided March 5, 1992